[No. 66115-9-I.   Division One.   July 9, 2012.]

Snopac Products, Inc., *Appellant*, v. Leslie Blakey Spencer et al., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-31165-1, Julie A. Spector, J., entered June 1, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Ellington and Dwyer, JJ.

[No. 66695-9-I.   Division One.   July 9, 2012.]

Le & Associates, PS, *Respondent*, v. Roberto Diaz-Luong et al., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-39131-2, Andrea A. Darvas, J., entered January 20, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Lau, JJ.

[No. 66842-1-I.   Division One.   July 9, 2012.]

Pilchuck Contractors, Inc., *Appellant*, v. The Department of Labor and Industries, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-09980-2, Thomas J. Wynne, J., entered February 16, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Schindler, JJ. Now published at 170 Wn. App. 514.

[No. 67019-1-I.   Division One.   July 9, 2012.]

Belleau Woods II, LLC, *Appellant*, v. The City of Bellingham, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-2-02399-9, John M. Meyer, J. Pro Tem., entered March 24, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.